
FILED
CLERK, U.S. DISTRICT COURT
MAY -1 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. MARK COOPER, DEFENDANT(S). | CASE NUMBER 8:22-cr-00034-CJC-25 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a *initial appearance and* detention hearing is set for <u>Wednesday, May 3</u>, <u>2023</u>, at <u>2:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Karen E. Scott</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: **5/1/23**

_____
U.S. District Judge/Magistrate Judge
KAREN E. SCOTT