FILED
CLERK, U.S. DISTRICT COURT

APR 2 8 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br>MARK DOUGLAS COOPER, )<br><br>Defendant. ) | CASE NO. SACR-22-00034-FWS-25<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the Central District of _California_ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on: _arrest for kicking victim while/after absconding from supervision_

B. (✓)  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: _absconded from supervision_

IT IS ORDERED that defendant be detained.

DATED: April 28, 2026

_Alicia G. Rosenberg_
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR-94 (06/07)